[This opinion has been published in *Ohio Official Reports* at 73 Ohio St.3d 345.]

THE STATE OF OHIO, APPELLEE, *v*. HACKNEY, APPELLANT.

[Cite as *State v. Hackney*, 1995-Ohio-316.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel— Application denied when applicant fails to show good cause for failing to file his application within ninety days after journalization of the appellate judgment, and applicant fails to raise a colorable claim of ineffective assistance of appellate counsel.*

(No. 95-636—Submitted June 21, 1995—Decided August 23, 1995.)

APPEAL from the Court of Appeals for Clermont County, No. CA92-12-118.

---

{¶ 1} Appellant, James R. Hackney, was convicted of five counts of gross sexual imposition and one count of intimidation of a crime victim and sentenced accordingly. The Court of Appeals for Clermont County affirmed the judgment of the trial court. *State v. Hackney* (Aug. 30, 1993), Clermont Cty. App. No. CA92-12-118, unreported, jurisdictional motion overruled (1994), 68 Ohio St. 3d 1427, 624 N.E.2d 1064.

{¶ 2} Fifteen months later, on February 13, 1995, appellant filed an application to reopen pursuant to App. R. 26(B). The court of appeals denied the application based on untimely delay in filing without good cause shown, and failure to raise a colorable claim of ineffective assistance of appellate counsel. This appeal followed.

---

*Donald W. White*, Clermont County Prosecuting Attorney, and *David Henry Hoffmann*, Assistant Prosecuting Attorney, for appellee.

*James R. Hackney*, *pro se.*

———————————

**Per Curiam.**

{¶ 3} We affirm the decision of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

———————————